# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JEREMY A. TIGAN**
(302) 351-9106
jtigan@mnat.com

July 9, 2020

The Honorable Leonard P. Stark               *VIA ELECTRONIC FILING*
United States District Court
  For the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:   *CyDex Pharmaceuticals, Inc. v. Lupin Ltd., et al.*, C.A. No. 19-2043 (LPS)

Dear Chief Judge Stark:

      The parties in this action have conferred and agreed upon the attached proposed schedule in its entirety. If it meets with the Court's approval, the parties respectfully request that it be entered.

      If the Court has any questions, or if the proposed timeframes for a *Markman* hearing, pretrial conference, or trial are unworkable, counsel for the parties are available at the Court's convenience to discuss.

      Respectfully,

      */s/ Jeremy A. Tigan*

      Jeremy A. Tigan (#5239)

JAT/rs
Enclosure
cc:    Clerk of the Court (via CM/ECF)
        All Counsel of Record (via CM/ECF and email)